UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP PALLAN, | No. 2:25-cv-01623-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| TRITON CAPITAL LENDING, LLC, | |
| Defendant. | |

This case was filed on June 12, 2025. ECF No. 1. This action has been assigned to the Magistrate Judge under the court's automated case assignment plan. See Local Rules, Appendix A, subsection (m). Pursuant to the Local Rule and the Court's initial scheduling order, the parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed. ECF No. 3 at 2. In this case, the parties' consent/decline forms were due on September 10, 2025.

The forms have not been returned, and the record reflects that more than 90 days have passed since the filing of this action and no return/proof of service is on file, nor has any Defendant appeared. Accordingly, Plaintiff shall show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I. Time Limit for Service**

Plaintiff filed this action on June 12, 2025. ECF No. 1. Summons issued on June 12,

2025. ECF No. 2. Federal Rule of Civil Procedure 4(l) states that "proof of service must be made to the court." Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The 90 days in which to effect service expired on September 10, 2025. Plaintiff has not filed returns/proof of service, nor has Plaintiff filed a motion to extend the time for service that demonstrates good cause.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall show cause, in writing, **within 14 days** of the date of this Order, why this action should not be dismissed based on failure to effect service.
2. Plaintiff shall respond by filing either: 1) a brief, not to exceed 5 pages, explaining why Plaintiff has not completed service, and demonstrating good cause for an extension of time; or 2) a return/proof of service showing the Defendant has been served.
3. Failure to respond may result in dismissal of the action pursuant to Rule 4(m).
4. Additionally, as Defendant has not appeared and consent is unavailable at this time, the Clerk of Court is DIRECTED to assign a District Judge to this case.

SO ORDERED.

DATED: September 24, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2